# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**NANCY J. ROSENSTENGEL**
**Clerk of Court**

750 Missouri Avenue　　　　　　　　　　　　　　　　　　　　　　　　　　301 West Main
P. O. Box 249　　　　　　　　　　　　　　　　　　　　　　　　　　　　Benton, Illinois 62812
East St. Louis, Illinois 62202　　　　　　　　　　　　　　　　　　　　　　(618) 439-7760
(618) 482-9371　　　　　　　**Reply to: East St. Louis**

January 6, 2010


Clerk of the Circuit Court
St. Clair County
10 Public Square
Belleville, IL 62220


RE:　　Joella Clayton et al  vs. Cerro Flow Products, Inc et al
　　　　District Court No. 09-550-GPM
　　　　State Court No. 09-L-309

　　　Enclosed is a certified copy of the Order of Judge G. Patrick Murphy filed 1/4/2010 remanding the above mentioned cause to your Court.

　　　Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　NANCY J. ROSENSTENGEL, Clerk


　　　　　　　　　　　　　　　　　　　　　　　By:＿＿＿s/Jo Ann Juengel＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Enclosure
Copy to counsel of record



　　　　　　　　　　　　　　　　　　　　　　　Received by ＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　　Date＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿



CV-11
(10/09)